IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Case number: 1:17-cv-04733-TAB-SEB

| | |
|---|---|
| JEAN NUCKOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE KROGER CO. d/b/a Kroger, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF SERVING STATEMENT OF SPECIAL DAMAGES AND SETTLEMENT DEMAND**

Plaintiff, by and through undersigned counsel and pursuant to the Case Management Plan, hereby provides notice of serving her Statement of Special Damages and Settlement Demand to counsel for Defendant on May 25, 2018.

Respectfully submitted,

/s/ Michael C. Steele
Michael C. Steele, #25396-29
*Attorney for Plaintiff*

MICHAEL STEELE LAW OFFICE, LLC
8888 Keystone Crossing, Suite 1300
Indianapolis, IN 46240
(317) 575-4144
msteele@michaelsteelelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on **May 25, 2018**, a copy of the foregoing was filed electronically.

Service of this filing will be made to the following counsel by operation of the Court's electronic filing system:

DONALD B. KITE, SR.
WUERTZ LAW OFFICE, LLC
22 East Washington Street, Suite 210
Indianapolis, IN 46204
Don.Kite@gmail.com                                        /s/Michael C. Steele
                                                          Michael C. Steele



MICHAEL STEELE LAW OFFICE, LLC
8888 Keystone Crossing, Suite 1300
Indianapolis, IN 46240
(317) 575-4144
msteele@michaelsteelelaw.com